October 29, 2008

<u>ERRATA</u>

**Appeal No. 2007-1441, -1463**

Precedential Opinion, <u>Technology Licensing Corporation v. Videotek, Inc.</u>

Decided:  October 10, 2008

---

Please make the following changes:

On page 15, line 5, insert  -- 21B -- before "Charles"

On page 16, line 1, insert -- 21B --  before "Charles"

On page 16, line 22, delete "is" and insert -- are --

On page 23, line 14, delete "counsels" and insert -- counsel --